# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D20-1818
Lower Tribunal No. F82-6086A

————————————

**Beraldo Diaz,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Beraldo Diaz, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed. See Calloway v. State, 699 So. 2d 849, 849 (Fla. 3d DCA

1997) ("A petition for habeas corpus cannot be used to circumvent the two-year period for filing motions for postconviction relief."); Bermudez v. State, 870 So. 2d 875, 876-77 (Fla. 3d DCA 2004) ("A criminal defendant may not escape [the] two-year limit for 3.850 motions by styling a pleading as a petition for writ of habeas corpus.").